ALSD Local 91 (Rev 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| Pedro Juan Orozco-Zuniga | )  Case No. MJ 19-0126-B |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 9, 2019__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326 | Illegal Reentry After Deportation or Removal |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Roland, U.S. Border Patrol
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: July 15, 2019

_____
*Judge's signature*

City and state: Mobile, Alabama

Sonja F. Bivins, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

      v.                            **MAGISTRATE NO:**

**Pedro Juan Orozco-Zuniga**
_____/

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Daniel W. Roland, am a Border Patrol Agent with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), U.S. Border Patrol (USBP), assigned to the Mobile, Alabama Border Patrol Station. I have been employed by the U.S. Border Patrol since February 25, 2001.

2. As part of my daily duties, I investigate violations of federal law, criminal and administrative, such as violations pertaining to individuals who are unlawfully present in the United States. Moreover, I investigate violations of Title 8, United States Code (U.S) 1326, Re-entry of Removed Aliens.

3. As a Border Patrol Agent, my duties regularly include the identification and apprehension of individuals for administrative and criminal law violations. As a Border Patrol Agent, I have received training and experience in investigating violations of Title 8 U.S.C. 1326.

4. I am familiar with the information contained in this Affidavit based upon the investigation I conducted and based on my conversations with other law enforcement officers.

5. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I did not include each and every fact known to me concerning this investigation. I have set forth only those facts I believe are necessary to establish probable cause to believe that evidence of violations of Title 8, U.S.C. 1326. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6. On or about July 9, 2019, Mobile County Sheriff's Deputy Johnathan Kelly conducted a traffic stop on a White Chevrolet Tahoe bearing Texas license number LVC4980 traveling eastbound on interstate 10 in Mobile County Alabama for following crossing the center lane and drifting into the right lane. Deputy Kelly approached the vehicle, made contact with both occupants. The passenger of the vehicle, identified as Pedro Juan OROZCO-Zuniga. Deputy Kelly observed that OROZCO had what appeared to be a homemade pipe in his lap. Deputy Kelly observed the pipe contained a crystal like residue consistent with crystal methamphetamine. At this time Deputy Kelly removed OROZCO from the vehicle for further investigation.

7. Based on what Deputy Kelly observed inside the vehicle in plain view, he retrieved his K-9. K-9 Boyd conducted an open air search of the vehicle and alerted to the front passenger side door of the vehicle. Based on the probable cause established by the K-9 alert, Deputy Kelly conducted a search of the vehicle and discovered a pistol under the cup holders in the center console along with a clear plastic container located inside the container was what appeared to be crystal methamphetamine. OROZCO-Zuniga was placed under arrest for possession of drug paraphernalia and possession of narcotics (methamphetamine). OROZCO-Zuniga was transported to the Mobile Metro Jail

8. OROZCO-ZUNIGA, Pedro was in possession of a Republic of Mexico issued voter identification card which bears his name and photograph. Initial record checks revealed OROZCO-Zuniga, Pedro Juan to be a citizen of the Republic of Mexico who did not possess any immigration documents to be or remain in the United States. An immigration detainer was placed on OROZCO-Zuniga.

9. On or about July 10, 2019, OROZCO-Zuniga's fingerprints were enrolled into the immigration and criminal biometric database; The confirmation return verified that Pedro Juan OROZCO-Zuniga, a citizen and national of the Republic of Mexico with a date of birthday of June 12, 1978, has FBI# 629107JB2, Fingerprint Identification System Number 12112876, and Alien Registration Number A076 872 863.

10. Immigration Records search revealed that on or about December 17, 1998, an Immigration Judge in Dallas, Texas ordered OROZCO-Zuniga removed to The Republic of Mexico.

11. On or about December 19, 1998, OROZCO-Zuniga was physically removed from the United States and returned to the Republic of Mexico.

12. On August 11, 2011, OROZCO-Zuniga was apprehended by United States Border Patrol Agents near Carrizo Springs, Texas.

13. On November 22, 2011, OROZCO-Zuniga pled guilty to 8 USC 1326, in the Western District of Texas and was sentenced to eighteen (18) months confinement.

14. Pedro Juan OROZCO-Zuniga, did not have permission of the Attorney General of the United States or his designated successor, the United States Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, to reapply for admission into the United States.

I, Daniel W. Roland, the Affiant, respectfully submits that the preceding facts indicated in this affidavit establish probable cause to believe that, OROZCO-Zuniga, Pedro Juan, did, in the Southern District of Alabama, violate Title 8, U.S.C., Section 1326.

Daniel W. Roland
Border Patrol Agent
United States Border Patrol

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 15th
DAY OF July 15, 2019

SONJA P. BIVINS
UNITED STATES MAGISTRATE JUDGE